**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, | Case No. 25-10321 (BLS) |
| Debtor. Tax I.D. No. 86-4006263 | |
| In re: | Chapter 11 |
| MOM AS Investco LLC, | Case No. 25-10322 (BLS) |
| Debtor. Tax I.D. No. 86-4006049 | |
| In re: | Chapter 11 |
| MOM BS Investco LLC, | Case No. 25-10323 (BLS) |
| Debtor. Tax I.D. No. 86-4006180 | |
| In re: | Chapter 11 |
| Retreat at Laguna Villas, LLC, | Case No. 25-10432 (BLS) |
| Debtor. Tax I.D. No. 82-1122046 | |
| In re: | Chapter 11 |
| Sunset Cove Villas, LLC, | Case No. 25-10433 (BLS) |
| Debtor. Tax I.D. No. 82-0959178 | |
| In re: | Chapter 11 |
| Duplex at Sleepy Hollow, LLC, | Case No. 25-10434 (BLS) |
| Debtor. Tax I.D. No. 83-2219237 | |

| | |
|---|---|
| In re: <br><br> Cliff Drive Properties DE, LLC, <br><br>       Debtor. <br> Tax I.D. No. 83-2330893 | Chapter 11 <br><br> Case No. 25-10435 (BLS) |
| In re: <br><br> 694 NCH Apartments, LLC, <br><br>       Debtor. <br> Tax I.D. No. 82-1040318 | Chapter 11 <br><br> Case No. 25-10436 (BLS) |
| In re: <br><br> Heisler Laguna, LLC, <br><br>       Debtor. <br> Tax I.D. No. 82-1804709 | Chapter 11 <br><br> Case No. 25-10437 (BLS) |
| In re: <br><br> Laguna Festival Center, LLC, <br><br>       Debtor. <br> Tax I.D. No. 82-2964073 | Chapter 11 <br><br> Case No. 25-10438 (BLS) |
| In re: <br><br> 891 Laguna Canyon Road, LLC, <br><br>       Debtor. <br> Tax I.D. No. 82-1020647 | Chapter 11 <br><br> Case No. 25-10439 (BLS) |
| In re: <br><br> 777 AT Laguna, LLC <br><br>       Debtor. <br> Tax I.D. No. 83-2208715 | Chapter 11 <br><br> Case No. 25-10440 (BLS) |

| | |
|---|---|
| In re: <br><br>    Laguna Art District Complex, LLC, <br><br>        Debtor. <br>Tax I.D. No. 82-0988316 | Chapter 11 <br><br> Case No. 25-10441 (BLS) |
| In re: <br><br>    Tesoro Redlands DE, LLC, <br><br>        Debtor. <br>Tax I.D. No. 82-1322764 | Chapter 11 <br><br> Case No. 25-104442 (BLS) |
| In re: <br><br>    Aryabhata Group LLC, <br><br>        Debtor. <br>Tax I.D. No. 87-1327332 | Chapter 11 <br><br> Case No. 25-10444 (BLS) |
| In re: <br><br>    Hotel Laguna, LLC, <br><br>        Debtor. <br>Tax I.D. No. 83-3179580 | Chapter 11 <br><br> Case No. 25-10445 (BLS) |
| In re: <br><br>    4110 West 3rd Street DE, LLC, <br><br>        Debtor. <br>Tax I.D. No. 83-2188641 | Chapter 11 <br><br> Case No. 25-10446 (BLS) |
| In re: <br><br>    314 S. Harvard DE, LLC, <br><br>        Debtor. <br>Tax I.D. No. 83-2182057 | Chapter 11 <br><br> Case No. 25-10447 (BLS) |

| | |
|---|---|
| In re: <br><br>     Laguna HI, LLC, <br><br>                             Debtor. <br> Tax I.D. No. 81-4186408 | Chapter 11 <br><br> Case No. 25-10448 (BLS) |
| In re: <br><br>     Laguna HW, LLC, <br><br>                             Debtor. <br> Tax I.D. No. 81-4199470 | Chapter 11 <br><br> Case No. 25-10449 (BLS) |
| In re: <br><br>     The Masters Building, LLC, <br><br>                             Debtor. <br> Tax I.D. No. 82-1056134 | Chapter 11 <br><br> Case No. 25-10450 (BLS) |
| In re: <br><br>     837 Park Avenue, LLC <br><br>                             Debtor. <br> Tax I.D. No. 82-0973229 | Chapter 11 <br><br> Case No. 25-10451 (BLS) <br><br> **Re: Docket No. 4** |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing joint administration of these chapter 11 cases (these "Chapter 11 Cases") for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of*

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4

*Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 25-10321.

3. The caption of the jointly administered cases shall read as follows:

| In re:<br><br>MOM CA Investco LLC, *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 25-10321 (BLS)<br><br>(Jointly Administered) |
|---|---|

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

      4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

      5.      The Clerk of the Court shall make a docket entry in each of the Debtors' Chapter 11 Cases, except that of MOM CA Investco LLC, substantially similar to the following:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: MOM CA Investco LLC, MOM AS Investco LLC, and MOM BS Investco LLC, Retreat at Laguna Villas, LLC, Sunset Cove Villas, LLC, Duplex at Sleepy Hollow, LLC, Cliff Drive Properties DE, LLC, 694 NCH Apartments, LLC, Heisler Laguna, LLC, Laguna Festival Center, LLC, 891 Laguna Canyon Road, LLC, 777 AT Laguna, LLC, Laguna Art District Complex, LLC, Tesoro Redlands DE, LLC, Aryabhata Group LLC, Hotel Laguna, LLC, 4110 West 3rd Street DE, LLC, 314 S. Harvard DE, LLC, Laguna HI, LLC, Laguna HW, LLC, The Masters Building, LLC, and 837 Park Avenue, LLC. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-10321, which should also be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases, with the assistance of the Debtors' claims and noticing agent that will be retained by the Debtors in these Chapter 11 Cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 14th, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

12108675v.1